# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WILLIAM SCHOR,<br>    Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, LLC, AS ATTORNEY IN FACT AND SERVICER IN FACT, and U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK N.A., AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA3, and JPMORGAN CHASE BANK, N.A.,<br>    Defendants. | § § § § § § § § § § § § § § § § § § § Civil Action No. 4:16-CV-00829<br>(Judge Mazzant/Judge Johnson) |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 11, 2017, the report of the Magistrate Judge (Dkt. #46) was entered containing proposed findings of fact and recommendations that the Motion to Dismiss filed by Defendants Select Portfolio Servicing, LLC ("SPS") and U.S. Bank N.A., successor trustee to Bank of America, N.A., successor in interest to LaSalle Bank N.A., as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007- OA3's ("USB") ( (Dkt. #35) be **GRANTED**.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

1

It is, therefore, **ORDERED** that Defendants SPS and USB's Motion to Dismiss (Dkt. #35) is **GRANTED**, and Plaintiff's claims against Defendants SPS and USB are **DISMISSED** with prejudice. Plaintiff's claims against Defendant JPMorgan Chase Bank, N.A. remain pending at this time.

**IT IS SO ORDERED**.

**SIGNED this 8th day of June, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE